B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re   Semantra, Inc.                                              Case No.   09-33871-BJH
                                       Debtor(s)                    Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Forum Financial Services, Inc.<br>c/o Michael Clark<br>Quilling, Selander, Cummiskey & Lownds<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201 | Forum Financial Services, Inc.<br>c/o Michael Clark<br>Quilling, Selander, Cummiskey & Lownds<br>Dallas, TX 75201 | Trade | Contingent<br>Unliquidated<br>Disputed | 274,929.13 |
| FSP Texas Plaza, L.P.<br>c/o Viki Livesay, Esq.<br>5115 McKinney Avenue<br>Suite E<br>Plano, TX 75025 | FSP Texas Plaza, L.P.<br>c/o Viki Livesay, Esq.<br>5115 McKinney Avenue<br>Plano, TX 75025 | Trade | Contingent<br>Unliquidated<br>Disputed | 65,601.31 |
| 1105 Media, Inc.<br>14901 Quorum Drive<br>Suite 425<br>Dallas, TX 75254 | 1105 Media, Inc.<br>14901 Quorum Drive<br>Suite 425<br>Dallas, TX 75254 | Trade | Unliquidated | 25,000.00 |
| Tech Plan, Inc.<br>717 Taylor Drive<br>Plano, TX 75074-6778 | Tech Plan, Inc.<br>717 Taylor Drive<br>Plano, TX 75074-6778 | Trade | Contingent<br>Unliquidated<br>Disputed | 19,232.78 |
| Harte-Hanks Market Intelligence, Inc.<br>9980 Huennekens Street<br>San Diego, CA 92121 | Harte-Hanks Market Intelligence, Inc.<br>9980 Huennekens Street<br>San Diego, CA 92121 | Trade | Unliquidated | 4,900.00 |
| General Glyphics, Inc.<br>6510 Abrams Road<br>Suite 425<br>Dallas, TX 75231 | General Glyphics, Inc.<br>6510 Abrams Road<br>Suite 425<br>Dallas, TX 75231 | Trade | Unliquidated | 4,793.75 |
| TimeWarner Telecom<br>2805 North Dallas Parkway<br>Suite 140<br>Plano, TX 75093 | TimeWarner Telecom<br>2805 North Dallas Parkway<br>Suite 140<br>Plano, TX 75093 | Trade | Unliquidated | 3,665.43 |
| Dwyer Murphy Calvert, LLP<br>700 LaVaca Street<br>Suite 1020<br>Austin, TX 78701 | Dwyer Murphy Calvert, LLP<br>700 LaVaca Street<br>Suite 1020<br>Austin, TX 78701 | Trade | Unliquidated | 1,800.00 |

In re   Semantra, Inc.                                   Case No.   09-33871-BJH
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MODO Networks<br>1515 N. Town E. BLVD<br>Suite 138-237<br>Mesquite, TX 75150-4142 | MODO Networks<br>1515 N. Town E. BLVD<br>Suite 138-237<br>Mesquite, TX 75150-4142 | Trade | Unliquidated | 946.11 |
| James Malloy<br>3101 Townbluff Drive, #713<br>Plano, TX 75075 | James Malloy<br>3101 Townbluff Drive, #713<br>Plano, TX 75075 | Trade | Unliquidated | 720.00 |
| DeLage Landen Financial Services<br>1111 Oak Eagle School Road<br>Wayne, PA 19087 | DeLage Landen Financial Services<br>1111 Oak Eagle School Road<br>Wayne, PA 19087 | Trade | Unliquidated | 277.63 |
| Gunslinger Software & Consulting, Inc.<br>PO Box 2498<br>Arlington, TX 76001 | Gunslinger Software & Consulting, Inc.<br>PO Box 2498<br>Arlington, TX 76001 | Trade | Unliquidated | 225.00 |
| DirecTV<br>13601 Preston Road<br>Dallas, TX 75240-4911 | DirecTV<br>13601 Preston Road<br>Dallas, TX 75240-4911 | Trade | Unliquidated | 86.04 |
| Ascensus<br>PO Box 36469<br>Newark, NJ 07188-6469 | Ascensus<br>PO Box 36469<br>Newark, NJ 07188-6469 | Trade | Unliquidated | Unknown |
| Blue Cross and Blue Shield of TX<br>300 East Randolph St<br>Chicago, IL 60601-5099 | Blue Cross and Blue Shield of TX<br>300 East Randolph St<br>Chicago, IL 60601-5099 | Trade | Unliquidated | Unknown |
| Chubb<br>c/o Swingle, Collins & Associates<br>13760 Noel RD, STE 600<br>Dallas, TX 75240-1381 | Chubb<br>c/o Swingle, Collins & Associates<br>13760 Noel RD, STE 600<br>Dallas, TX 75240-1381 | Trade | Unliquidated | Unknown |
| Chubb Group of Insurance Companies<br>PO Box 7777-1630<br>Philadelphia, PA 19175-1630 | Chubb Group of Insurance Companies<br>PO Box 7777-1630<br>Philadelphia, PA 19175-1630 | Trade | Unliquidated | Unknown |
| Comerica Bank<br>801 East Campbell RD, STE 1000<br>Dallas, TX 75201 | Comerica Bank Mastercard<br>801 East Campbell RD, STE 1000<br>Dallas, TX 75201 | Trade | Unliquidated | Unknown |
| Merrill Lynch<br>c/o John Graham<br>2100 Ross AVE, STE 1000<br>Dallas, TX 75201 | Merrill Lynch<br>c/o John Graham<br>2100 Ross AVE, STE 1000<br>Dallas, TX 75201 | Trade | Contingent<br>Unliquidated | Unknown |
| Metlife<br>Small Business Ccenter<br>P.O. Box 804466☐☐<br>Kansas City, MO 64180 | Metlife<br>Small Business Ccenter<br>P.O. Box 804466☐☐<br>Kansas City, MO 64180 | Trade | Contingent<br>Unliquidated | Unknown |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer and President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  July 6, 2009                    Signature   /s/ Christopher Davis
                                                  **Christopher Davis**
                                                  **Chief Executive Officer and President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.