# United States Bankruptcy Court
## Northern District of Texas

In re: Semantra, Inc.
Debtor

Case No. 09-33871-BJH

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Bill Jones<br>2931 Country Place Circle<br>Carrollton, TX | | 100,000 | Stock |
| Blue Heron Software, L.P.<br>2100 McKinney Avenue<br>Suite 1770<br>Dallas, TX 75201 | | 81,268,514 | Stock |
| Charles Shelton<br>273 Lakewood Lane<br>Carrollton, TX 75006 | | 100,000 | Stock |
| Chris Davis<br>5511 Greenbrier Drive<br>Dallas, TX 75209 | | 10,625,608 | Stock |
| Chris Rauschuber<br>3003 Stanwood Drive<br>Austin, TX 78757 | | 100,000 | Stock |
| Clay Elder<br>2701 Wagonwheel DR<br>Carrollton, TX 75006 | | 25,000 | Stock |
| Craig Tuttle<br>3259 Country Road X<br>Grinnell, KS 67738 | | 450,000 | Stock |
| Dan James<br>PO Box 1020<br>Aledo, TX 76008 | | 225,000 | Stock |
| David Head<br>14228 Regency Place<br>Dallas, TX 75254 | | 37500 | Stock |
| Derek Lane<br>PO Box 2498<br>Mckinney, TX 75070 | | 225,000 | Stock |
| Diana Smith<br>14232 Marsh Lane, #48<br>Addison, TX 75001 | | 216,874 | Stock |

__2__ continuation sheets attached to List of Equity Security Holders

In re   Semantra, Inc.                                           Case No.   09-33871-BJH
                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jeff Ferris | | 100,000 | Stock |
| John Cranz<br>PO Box 470037<br>Fort Worth, TX 76147 | | 216,874 | Stock |
| Joseph Dillingham<br>6307 Maury Hollow<br>Austin, TX 78750 | | 24,000 | Stock |
| Judith Tuttle<br>2320 Country Road 32<br>Grinnell, KS 67738 | | 8,000 | Stock |
| K. Shane Hartman<br>361 Oakwood Trail<br>Mckinney, TX 75069 | | 25,000 | Stock |
| Kelly Dwyer<br>700 Lavaca Street<br>Suite 1020<br>Austin, TX 78701 | | 100,000 | Stock |
| Mark Roberts<br>5935 Ross Avenue<br>Dallas, TX 75206 | | 15,000 | Stock |
| Marvin Elder<br>2701 Wagonwheel Drive<br>Carrollton, TX 75006 | | 12,750,000 | Stock |
| Mike Courtney<br>6055 Preston Haven<br>Dallas, TX 75230 | | 100,000 | Stock |
| Neil Kaden<br>Saxon Woods, Apt. 927<br>4440 W. Eldorado Parkway<br>Mckinney, TX 75070 | | 50,000 | Stock |
| Stephanie Smith<br>2005 Moore Drive<br>Plano, TX 75074 | | 20,000 | Stock |
| T. McCullough Strother<br>500 N. Akard Street<br>Suite 3550<br>Dallas, TX 75201 | | 75,000 | Stock |

Sheet   1   of   2   continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re  **Semantra, Inc.**                                                             Case No. __09-33871-BJH__
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Troy Tuttle<br>8743 Eagle's Landing Drive<br>Manhattan, KS 66503 | | 15,000 | Stock |
| William Rainwater<br>PO Box 803471<br>Dallas, TX 75380 | | 100,000 | Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer and President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __July 6, 2009__                    Signature __/s/ Christopher Davis__
                                          **Christopher Davis**
                                          **Chief Executive Officer and President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Sheet __2__ of __2__ continuation sheets attached to the List of Equity Security Holders

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy