# EXHIBIT A

## Exhibit A:  Intellectual Property Assets To Be Sold

Patents

1. PCT/US 10/923,394:  Natural Language Database Querying *(Omnibus)*
2. PCT/US 10/923,164:  Preparing A Source for a Natural Language Query
3. PCT/US 12/004,255:  Natural Language Database Querying
4. PCT/US 12/079,792:  Domain Specific Concept Model For Associating Structured Data That Enables A Natural Language Query
5. PCT/US 12/079,793:  Natural Language Minimally Explicit Grammar Pattern (MEGP)
6. PCT/US 12/079,879:  Auto-Complete Search Menu
7. PCT/US 12/079,959:  Natural Language Conceptual Joins
8. PCT/US 12/004,601:  Natural Language Conceptual Joins


Trademarks

1. 77265660 / TM: "SEMANTRA" (company name)
2. 77326773 / TM: "BUSINESS IN YOUR TERMS" (company tagline)
3. 77326775 / TM: "SEMANTRA, BUSINESS IN YOUR TERMS"

Copyright

1. Copyright:  Semantra Computer Code

Software

All existing, compiled and supporting Semantra Source Code.