Robert Yaquinto, Jr.
State Bar No. 22115750
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
ATTORNEY FOR TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SEMANTRA, INC., | § | CASE NO. 09-33871-BJH-7 |
| DEBTOR | § | |

**MOTION TO SELL PROPERTY OF ESTATE**
**FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

TO THE HONORABLE BARBARA J. HOUSER, U.S. BANKRUPTCY JUDGE:

Robert Yaquinto, Jr., Trustee, files this motion to sell the property of the estate free and clear of liens and encumbrances with any liens and encumbrances to attach to the proceeds of sale and in support, respectfully shows the Court the following:

1. This case was commenced as a voluntary Chapter 7 filed on June 21, 2009 and Robert Yaquinto, Jr. ("Trustee") was subsequently appointed interim trustee in this case.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §157; 28 U.S.C. §1334; and 11 U.S.C. §507. This is a core proceeding.

3. The assets of the estate include various items of personal property including office equipment, furniture, furnishings and fixtures, all located at 5055 Keller Springs Road, Suite 200, Addison, TX 75001.

4. Trustee desires to sell the personal property, including office equipment, furniture, furnishings and fixtures, at an online auction to the highest bidder free and clear of liens and encumbrances with any liens or encumbrances to attach to the proceeds of the sale. Rosen Systems, Inc. will hold the auction at 5055 Keller Springs Road, Suite 200, Addison, TX 75001. Bidding will begin on September 21, 2010 at 8:00 a.m., and end on September 23, 2010 at 10 a.m. Inspection will be held on September 22, 2010 from 10:00 a.m. until 2:00 p.m. at 5055 Keller Springs Road, Suite 200, Addison, TX 75001.

5. The Trustee believes the sale of the property in this manner is in the best interest of the estate and insures the greatest return.

**WHEREFORE**, Robert Yaquinto, Jr., Trustee, seeks an Order from the Court authorizing the sale of the personal property including office equipment, furniture, furnishings and fixtures, at an online auction to the highest bidder free and clear of liens and encumbrances with any liens or encumbrances to attach to the proceeds of the sale; and for such other and further relief, both at law and in equity, to which the estate may be justly entitled.

**ANY PARTY WISHING TO RESPOND TO THIS NOTICE MUST FILE THE RESPONSE WITH THE U.S. BANKRUPTCY CLERK, 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242, AND SERVE A COPY ON THE TRUSTEE AT 509 N. MONTCLAIR AVENUE, DALLAS, TEXAS 75208, WITHIN 24 DAYS OF THE SERVICE OF THIS NOTICE. IF A RESPONSE IS FILED AND SERVED TIMELY, A HEARING WILL BE SCHEDULED WITH NOTICE TO THE RESPONDING PARTY ONLY.**

**IF NO RESPONSE IS FILED AND TIMELY SERVED ON THE TRUSTEE, THE COURT MAY DEEM THIS NOTICE UNOPPOSED AND MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT FURTHER NOTICE TO ANY PARTY.**

Respectfully submitted,

  /s/ Robert Yaquinto, Jr.
**Robert Yaquinto, Jr.**
State Bar No. 22115750
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502   Fax: 214/946-7601
ATTORNEY FOR TRUSTEE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the *Motion to Sell Property of Estate Free and Clear of Liens, Encumbrances and Interests* has been forwarded by electronic transmission or first-class mail, postage prepaid, to the United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242 and to those parties included on the attached Service List, on this  19th  day of August, 2010.

  /s/ Robert Yaquinto, Jr.
**Robert Yaquinto, Jr.**

**MOTION TO SELL PROPERTY OF ESTATE
FREE AND CLEAR OF LIENS AND ENCUMBRANCES**
p:\dholland\cases\rob\geo-lesco\sell.mtn          **Page 3**

1105 Media, Inc.  
9121 Oakdale AVE  
Suite 101  
Chatsworth, CA 91311-6526

14901 Quorum Drive  
Suite 425  
Dallas, TX 75254-6907

Ascensus  
PO Box 36469  
Newark, NJ 07188-6406

Bill Jones  
2931 Country Place Circle  
Carrollton, TX 75006-4790

Blue Cross and Blue Shield of TX  
300 East Randolph ST  
Chicago, IL 60601-5099

Blue Heron Software, L.P.  
2100 McKinney Avenue  
Suite 1770  
Dallas, TX 75201-2121

C. Randall Carr  
Attorney at Law  
700 Lavaca St.  
Ste. 1020  
Austin TX 78701-3122

Charles Shelton  
273 Lakewood Lane  
Carrollton, TX 75006

Chris Davis  
5511 Greenbrier Drive  
Dallas, TX 75209-3417

Chris Rauschuber  
3003 Stanwood Drive  
Austin, TX 78757-7531

Chubb  
CO Swingle, Collins & Associates  
13760 Noel Rd Ste 600  
Dallas, TX 75240-1381

Chubb & Son, Inc.  
Soffer, Rech & Borg, LLP  
48 Wall Street, 26th Floor  
New York, NY 10005-2900

Chubb Group of Insurance Companies  
PO Box 7777-1630  
Philadelphia, PA 19175-0001

Comerica Bank  
801 E Campbell Rd Ste 1000  
Dallas, TX 75201

Craig Tuttle  
3259 Country Road X  
Grinnell, KS 67738-6142

Dallas County  
CO Laurie Spindler Huffman  
Linebarger Goggan Blair & Sampson, LLP  
2323 Bryan Street Suite 1600  
Dallas, TX 75201-2644

Dan James  
PO Box 1020  
Aledo, TX 76008-1020

David Head  
14228 Regency Place  
Dallas, TX 75254-8506

De Lage Landen Financial Services, Inc.  
1111 Old Eagle School Road  
Wayne, PA 19087-1453

DeLage Landen Financial Services  
8001 Birchwood Court  
Johnston, IA 50131-2889

Dennis Simpson  
2219 Cedar Circle  
Carrollton, TX 75006-1926

Derek Lane  
PO Box 2498  
Mckinney, TX 75070-8170

Diana Smith  
14232 Marsh Lane, No. 48  
Addison, TX 75001-3857

DirecTV  
13601 Preston Road  
Dallas, TX 75240-4911

DirecTV  
2230 E. Imperial Highway  
El Segundo, CA 90245-3502

Dwyer Murphy Calvert LLP  
CO C. Randall Carr  
700 Lavaca St.  
Ste. 1020  
Austin TX 78701-3122

Forum Financial Services, Inc.  
c/o Kenneth A. Hill  
Quilling Selander Cummiskey & Lownds  
2001 Bryan Street, Suite 1800  
Dallas, TX 75201-3071

Forum Financial Services, Inc.  
275 West Campbell Road  
Suite 320  
Richardson, TX 75080-8004

FSP Liberty Plaza Limited Partnership  
5115 McKinney AveSte E  
Dallas, TX 75205-3334

FSP Texas Plaza, L.P.  
5055 Keller Springs  
Suite 150  
Addison, TX 75001-6290

FSP Texas Plaza, L.P.
CO Viki Livesay, Esq.
5115 McKinney Avenue
Suite E
Plano, TX 75025

General Glyphics, Inc.
6510 Abrams Road
Suite 425
Dallas, TX 75231-7217

Harte-Hanks Market Intelligence, Inc.
9980 Huennekens Street, Ste 100
San Diego, CA 92121-2917

Helio Rosenthal
204 Angelman Drive
Euless, TX 76039-3053

J Global Limited
Box 3, RR5
Site 500
Saskatoon, SK
Canada

Jim Janicki, CEO
Ignite Technologies
3211 Internet Blvd Ste 300
Frisco, TX 75034-1948

Joseph Dillingham
6307 Maury Hollow
Austin, TX 78750-8257

Judith Tuttle
2320 Country Road 32
Grinnell, KS 67738-6125

K. Shane Hartman
361 Oakwood Trail
Mckinney, TX 75069-8722

Kelly Dwyer
700 Lavaca Street
Suite 1020
Austin, TX 78701-3122

Mark Roberts
5935 Ross Avenue
Dallas, TX 75206-7931

Marvin Elder
2701 Wagonwheel Drive
Carrollton, TX 75006-4755

Merrill Lynch
CO John Graham
2100 Ross Ave Se 1000
Dallas, TX 75201-7911

Metlife
Small Business Center
PO Box 804466
Kansas City, MO 64180-4466

Mike Courtney
6055 Preston Haven
Dallas, TX 75230

Mohammad Taha
1020 West Abram, No. 134
Arlington, TX 76013-6921

Neil Kaden
Saxon Woods, Apt. 927
4440 W. Eldorado Parkway
Mckinney, TX 75070

S7K 3J8
John Cranz
PO Box 470037
Fort Worth, TX 76147-0037

Scott Mark DeWolf
Rochelle McCullough L.L.P.
325 N. St. Paul Street, Suite 4500
Dallas, TX 75201-3827

Sean Joseph McCaffity
Rochelle McCullough L.L.P.
325 N. St. Paul ST
STE 4500
Dallas, TX 75201-3827

Stephanie Smith
2005 Moore Drive
Plano, TX 75074-2758

T. McCullough Strother
500 N. Akard Street
Suite 3550
Dallas, TX 75201-6642

Tech Plan, Inc.
717 Taylor Drive
Plano, TX 75074-6778

TimeWarner Telecom
2805 North Dallas Parkway
Suite 140
Plano, TX 75093-8720

Troy Tuttle
8743 Eagles Landing Drive
Manhattan, KS 66502-1455

TW Telecom, Inc.
CO Linda Boyle
10475 Park Meadows Drive, No. 400
Littleton, CO 80124-5454

US Trustee
1100 Commerce St.
Room 976
Dallas, TX 75242-0996

William Rainwater
PO Box 803471
Dallas, TX 75380-3471